# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY CO.** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-3281 |
| **v.** | : | |
| | : | |
| **FAHRENHEIT CLIMATE CONTROL** | : | |
| *Defendant* | : | |

## FINAL PRETRIAL ORDER

**AND NOW**, this 3rd day of October 2019, the parties having attended the final pretrial conference, it is hereby **ORDERED** that:

1. This matter is referred to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, for a settlement conference, to be held on October 30, 2019, at 9:30 AM. The deadlines established in this Scheduling Order are to remain in effect notwithstanding said settlement conference.

2. This matter is listed for a trial date certain on January 6, 2020, with jury selection to commence the same day at 9:30 AM, in Courtroom 8B. The trial is expected to last three (3) days.

3. All motions *in limine* shall be filed no later than November 22, 2019.

4. Responses to motions *in limine*, if any, are due by December 6, 2019.

5. No later than November 22, 2019, the parties shall file joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Further, counsel are to provide the Court with one (1) complete set of each party's pre-marked trial exhibits in a binder, along with a trial memorandum summarizing the facts and legal issues involved in the case.

6. No extensions of the deadlines established herein will be granted absent good cause. Counsel and all parties are to be prepared to commence trial as scheduled. All counsel are hereby attached for trial.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*